In re James, Laura K. James and J.T. Emerald James, Appellants 12-3rd and 11-Apple, New York. Thank you. The record should reflect that neither party has appeared, and that case is submitted. We'll issue an opinion. A disposition. Please call the next case.
judges: Kurtz, Taylor, and Faris